UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JUDITH KALPIN, Plaintiff,    )
                             )
v.                           )
                             )
TIAA-CREF INDIVIDUAL &       )
INSTITUTIONAL SERVICES,      )   CASE NO.: 7:13-cv-106(HL)
LLC; and KAREN GUNTER,       )
individually and in her capacity as )
the Administrator and/or Personal )
Representative of the ESTATE OF )
PHILIP L. GUNTER,            )
                             )
Defendants.                  )

## CONSENT ORDER RELATED TO STIPULATION OF SETTLEMENT AS TO ALL PARTIES

Having reviewed the Consent of all Parties entitled "Stipulation of Settlement as to All Parties," and for good cause shown, the Court hereby ORDERS as follows:

a. The Stipulation of Settlement of All Parties is approved.

b. The Court recognizes that the parties have entered into a confidential settlement to resolve this matter fully with dismissal with prejudice as to all parties. All motions currently pending before this Court are deemed withdrawn.

1

c. All Parties will be responsible for their own attorneys' fees and costs associated with this action.

d. By stipulation and agreement of all parties, the Court hereby dismisses with prejudice all claims, potential and actual, against all Parties in this action.

e. Kalpin and Gunter are hereby enjoined permanently from instituting any additional proceeding in any state or United States court against TIAA-CREF, TIAA and/or CREF regarding any and all aspects of the Contracts at issue in this case, including but not limited to a determination of the beneficiaries to receive the Proceeds in Dispute and distribution of the Proceeds in Dispute and any and all claims that have been brought or could have been brought in this action regarding the Contracts at issue, including but not limited to the Proceeds in Dispute or otherwise.

2

SO ORDERED THIS 8th day of April, 2014.

s/ Hugh Lawson
Judge, U.S. District Court